UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Theresa and Mark Kenyon,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>Diversified Collections Services, Inc., a California Corporation; United Guaranty Insurance of North Carolina, a wholly owned subsidiary of American International Group, Inc.; First Franklin, a division of National City Bank of Indiana; PNC Financial Services Group Inc.; Does 1 through 10; Black and White Corporations 1 through 10,<br><br>　　　　　　Defendants. | **Case No. 11-CV-489-LRH-RAM**<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE AS TO UNITED GUARANTY INSURANCE COMPANY OF NORTH CAROLINA**<br><br>AND ORDER THEREON |

　　　Comes now Plaintiffs, and, in accordance with the settlement agreement between Plaintiffs and United Guaranty Insurance Company of North Carolina, moves this honorable court to DISMISS WITH PREJUDICE, this complaint as against United Guaranty Insurance Company of North Carolina, only.

Respectfully submitted,

*(s) William D. McCann)*
William D. McCann, Esq.

September 30, 2011

    IT IS SO ORDERED.

    DATED this 11th day of October, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE